# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO: 8:19-cr-546-CEH-TGW

PEGGY ETHERIDGE

_____

## FINAL REVOCATION HEARING

Pursuant to the Report of Preliminary Supervised Release Revocation Hearing (Doc.72), entered November 22, 2021, by the Magistrate Judge, a Final Revocation Hearing has been scheduled for **December 28, 2021 at 11:00 AM** before the undersigned and will proceed as scheduled.

**DONE and ORDERED** in Tampa, Florida this 14th day of December 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services